FILED

APR 14 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. LEISURE, JR.,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 15cv133-GPC(KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER MODIFYING DISCOVERY CUTOFF AND EXPERT DEADLINES;**<br><br>**SECOND AMENDED SCHEDULING ORDER** |

On April 7, 2016, the parties filed a Joint Motion for Order Modifying Discovery Cutoff and Expert Deadlines. [Doc. No. 14.] In the Joint Motion, the parties seek a second extension of the fact and expert discovery deadlines, because they are still in the process of obtaining records from third parties related to plaintiff's prior employment history and disability that are needed to assess plaintiff's claims. The parties' request for an extension does not affect any other dates or deadlines. Good cause appearing, IT IS HEREBY ORDERED that the parties Joint Motion is GRANTED as follows:

1. All fact discovery shall be completed by all parties on or before **_May 27, 2016_**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of

Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. All discovery motions must be filed within 45 days of the service of an objection, answer, or response which become the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel have met and conferred and have reached an impasse with regard to the particular issue. For oral discovery, the event giving rise to the dispute is the completion of the transcript of the affected portion of the deposition. In any case, the event giving rise to a discovery dispute is not the date on which counsel reach an impasse in meet and confer efforts. If the discovery dispute concerns written discovery requests, the parties shall submit a joint statement entitled, "Joint Motion for Determination of Discovery Dispute" with the Court. (For further information on resolving discovery disputes, see Judge Crawford's "Chambers' Rules" which are accessible via the Court's website at www.casd.uscourts.gov.) **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**

  2. On or before *__July 19, 2016__*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) and Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

  4. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D) on or before *__July 29, 2016__*.

  5. All expert discovery shall be completed by all parties on or before *__August 31, 2016__*. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

15cv133-GPC(KSC)

6. All other terms and conditions of the Scheduling Orders filed on October 5, 2016 [Doc. No. 11] and on March 14, 2016 [Doc. No. 13] shall remain in full force and effect.

IT SO ORDERED.

Dated: April 13, 2016

Hon. Karen S. Crawford
United States Magistrate Judge